**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Ruby J. Farms LLC** |
| Bankruptcy Case: | **Central Grocers, Inc.** |
| Preference Period: | **Feb 1, 2017 - May 2, 2017** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Central Grocers, Inc. | Central Grocers, Inc. | 971066 | $10,514.00 | 4/11/2017 | 37280 | 4/5/2017 | $5,768.00 |
| Central Grocers, Inc. | Central Grocers, Inc. | 971066 | $10,514.00 | 4/11/2017 | 37141 | 4/5/2017 | $4,746.00 |
| Central Grocers, Inc. | Central Grocers, Inc. | 968999 | $9,223.20 | 3/13/2017 | 37135 | 2/23/2017 | $9,223.20 |
| Central Grocers, Inc. | Central Grocers, Inc. | 968774 | $6,827.90 | 3/7/2017 | 37120 | 2/28/2017 | $6,827.90 |
| Central Grocers, Inc. | Central Grocers, Inc. | 968336 | $6,805.00 | 3/6/2017 | 0036948 | 2/17/2017 | $6,805.00 |
| Central Grocers, Inc. | Central Grocers, Inc. | 967182 | $3,976.00 | 2/14/2017 | 36714 | 2/2/2017 | $3,976.00 |
| Central Grocers, Inc. | Central Grocers, Inc. | 966825 | $5,160.00 | 2/13/2017 | 36712 | 2/2/2017 | $5,160.00 |
| Central Grocers, Inc. | Central Grocers, Inc. | 966202 | $1,568.00 | 2/7/2017 | 36701 | 1/24/2017 | $1,568.00 |
| Central Grocers, Inc. | Central Grocers, Inc. | 966061 | $2,499.00 | 2/2/2017 | 36576 | 1/12/2017 | $2,499.00 |

Totals:    8 transfer(s),    $46,573.10